MATTHEW WENGERT v. HARRY DUKE and Another.— Motion granted so far as to extend appellants' time in which to serve and file appellants' points on appeal to and including November 15, 1930.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RUTH GELLIN v. SAMUEL GELLIN.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

· FRANK HARDART v. 500 WEST FOURTEENTH STREET REALTY CORPORATION, Impleaded with CONRON BROTHERS COMPANY and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROYAL INDEMNITY COMPANY v. ABRAHAM HELLER and Others.— Motion denied.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THERESA GIANNETTI v. THE MORRIS PLAN COMPANY OF NEW YORK and Another.— Motion denied.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISEDOR GOLDSMITH and Others v. THOMAS ROONEY, Individually and as Secretary-Treasurer of the Teamsters, Chauffeurs and Helpers Union, Local No. 816, and Another.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILL I. OHMER v. ALVIN A. GLOETZNER.— Motion granted so far as to extend appellant's time to serve and file the original record on appeal, and to file the requisite number of printed copies of said record, until on or before November 10, 1930.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAMUEL N. ALEXANDER v. WILLIAM J. HAUSER.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PIZZINO v. ROBERT L. MORAN, Sheriff of Bronx County, etc.— Motion denied.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORRIS GOLD and Another v. ACAR MANUFACTURING COMPANY, INC., and Another, Impleaded, etc.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAUL MINKIN v. IDA BUCHLER, Individually and as Executrix, etc., of KATE FROST, Deceased.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWARD J. QUINTAL and Others v. SAMUEL UNGERLEIDER and Others.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of JAMES F. MAHAN, an Attorney.— In view of the fact that the transactions involved in the new charge occurred in part during the period of respondent's suspension, this application must for the present be denied.  When the matter comes up on November seventh, if a reference is necessary, it will be directed to proceed from day to day until completed.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of JOHN F. VAIL, an Attorney.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.